**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

---

PATRICIA A. JAHNS,                                    Case No. 8:16-cv-00332

            Plaintiff,

v.                                                              **ORDER**

UNUM LIFE INSURANCE COMPANY OF
AMERICA,

            Defendant.

---

This matter is before the Court on the parties' Joint Motion to Dismiss with Prejudice, Filing No. 28.  Upon being informed in the premises, the Court finds that the motion should be sustained.

ACCORDINGLY, IT IS ORDERED that this action should be and hereby is dismissed with prejudice, each party to bear their own costs and attorney fees.

Dated this 8th day of August, 2017.

                                        BY THE COURT:


                                          s/Joseph F. Bataillon
                                        Senior United States District Judge